

**Casie Walker**

Burnet County District Clerk
1701 East Polk Street, Suite 90
Burnet, Texas 78611-2757
Phone (512) 756-5450

FILED
**May 5, 2015**
Third Court of Appeals
Jeffrey D. Kyle
Clerk

May 5, 2015

Third Court of Appeals
via email

Re:    Court of Appeals Number: 03-14-00572-CV
       Trail Court Number:  39546

Style:  Traci Yocham v. Farmers Texas County Mutual Company

Per TRAP 51.2(a)(1), this letter is to inform you we received the mandate in the above reference case on April 30, 2015.

Sincerely,

*Casie Walker*

Casie Walker
District Clerk